Scott STARNES, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 73537.

Missouri Court of Appeals,
Western District.

Nov. 1, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 20, 2011.

Bruce B. Brown, Kearney, MO, for Appellant.

Larry R. Ruhmann, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., CYNTHIA L. MARTIN, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Mr. Scott Starnes appeals the Labor and Industrial Relations Commission's decision denying a request to file a late appeal.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).